AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CHRIS DOOP,

      Plaintiff,

v.

WELLPATH, *et al*,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00284-ART-DJA

____  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Plaintiff Chris Doop's claims are **DISMISSED WITHOUT PREJUDICE** but without leave to amend in this action as duplicative of Doop's earlier-filed action: Doop v. Wellpath, Case No. 2:22-cv-02079-APG-VCF.

**IT IS FURTHER ORDERED** that the Clerk of Court **enter judgment** accordingly and close this case.



Date: March 6, 2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk